IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNTIED STATES OF AMERICA,**

v.  Case No.  4:15cr39-MW/MAF

**JOHN ALBERT PEARSON,**

    **Defendant.**
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 57. Upon consideration, no objection having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Motion to Vacate, Set Aside, or Correct Sentence, as supplemented, ECF Nos. 45 and 52, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED on September 17, 2020.**

                                          **s/ MARK E. WALKER**
                                          **Chief United States District Judge**

---

[1] Defendant has failed to keep the Clerk's office informed of his recent mailing address. A search of the BOP Inmate Locater revealed Defendant is not in federal custody.